Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 N. Cave Creek Road, Suite 101
Phoenix, AZ  85024

Telephone:  (602) 482-4300
Facsimile:    (602) 569-9720
Email: davis@scottdavispc.com

*Attorney for Plaintiff Lynn Kelly-Miller*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn Kelly-Miller,<br><br>              Plaintiff,<br><br>       vs.<br><br>Metropolitan Life Insurance Company, Wells Fargo & Company, Wells Fargo & Company Long Term Disability Plan,<br><br>              Defendants. | Case No.  2:10-cv-00341-FJM<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

   RESPECTFULLY SUBMITTED this 13th day of October, 2010.

                              */s/ Scott E. Davis*
                              Scott E. Davis
                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2010 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ms. Kristina Holmstrom, State Bar No. 023384
Ms. Steve Bressler, State Bar No. 09032
Lewis and Roca, LLP
40 N Central Ave
19th Floor
Phoenix, AZ 85004-4429

By: /s/Lisa L. Martinez
An employee of Scott E. Davis, P.C.