IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lynn Kelly-Miller, | ) | CV-10-341-PHX-FJM |
| Plaintiff(s), | ) | **ORDER** |
| vs. | ) | |
| Metropolitan Life Insurance Company, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to this court's order of October 13, 2010, IT IS ORDERED dismissing this action with prejudice.

DATED this 15th day of November, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge